IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

ZACHARIAH N. DETTY,

    Plaintiff,

v.

Case No. 2:19-cv-4366
Judge Edmund A. Sargus, Jr.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of the Objections filed with regards to the Report and Recommendation of the Magistrate Judge. (Doc. 19.) The Report and Recommendation proposes that the decision of the Commissioner of Social Security denying disability benefits to the Plaintiff, Zachariah N. Detty, be denied. The plaintiff has filed a timely objection (Doc. 20) and the Commissioner has filed a response. (Doc. 21.)

This Court reviews the Commissioner's determinations to ensure that the "decision is supported by substantial evidence and was made pursuant to proper legal standards." 42 U.S.C. § 405(g); *Winn v. Comm'r of Soc. Sec.*, 615 F. Appx. 315, 320 (6th Cir. 2015). If the decision is supported by substantial evidence, the determination of the Commissioner must be affirmed, "even if a reviewing court would decide the matter differently." *Kinsella v. Schweiker*, 708 F.2d 1058, 1059-60 (6th Cir. 1983).

The undersigned has carefully reviewed the entirety of the record and the basis of the objections. The issues raised in the objections have been considered and analyzed by the Magistrate Judge in the Report and Recommendation. The Court finds the analysis of the

Magistrate Judge to be in accordance with the law and persuasive in its analysis. The Court **ADOPTS** the Report and Recommendation.

Based upon the foregoing, the Court adopts the Report and Recommendation. The decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED** and the objections are **OVERRULED**.

Final judgment is rendered to the Defendant.

**Date:  3/29/2021**                                     s/Edmund A. Sargus, Jr.
                                                        **EDMUND A. SARGUS, JR., JUDGE**
                                                        **UNITED STATES DISTRICT COURT**